PER CURIAM.
Affirmed on the authority of Williams v. Clyatt, 1907, 53 Fla. 987, 43 So. 441, 444; Prout v. J. W. McWilliams Co., 1928, 96 Fla. 423, 118 So. 209; Andrews v. Andrews, 1945, 155 Fla. 654, 21 So.2d 205; Spencer v. Spencer, 1948, 160 Fla. 749, 36 So.2d 424; Taylor v. Taylor, Fla.App.1957, 97 So.2d 323; Albury v. Gordon, Fla.App. 1964, 164 So.2d 549; and Johnson v. Johnson, Fla.App.1965, 179 So.2d 112.
CROSS, McCAIN and REED, JJ., concur.